Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Alexander Fricke,<br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>          Defendant. | CASE NO. 1:10-cv-01030-LJO-SMS<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 30-day extension of time to file an opening brief. This extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Opening Brief is January 21, 2011. The new due date will be February 20, 2011. The scheduling order should be modified accordingly.

Dated: January 21, 2011          /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: January 21, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/Kathryn Reeves Watson
                                 (as authorized via e-mail)
                                 KATHRYN REEVES WATSON
                                 Special Assistant United States Attorney


IT IS SO ORDERED.

Dated:   January 21, 2011              /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE