1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   (209) 576-0817
3     Attorney for Plaintiff

4

5                           UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7                                   FRESNO DIVISION

8

9  Alexander Fricke,                    )   CASE NO.  1:10-cv-01030-LJO-SMS
            Plaintiff,                   )
10                                       )
        v.                               )
11                                       )   STIPULATION AND  ORDER
   Commissioner of Social Security       )   FOR EXTENSION OF TIME TO SUBMIT
12          Defendant.                   )   PLAINTIFF'S REPLY BRIEF

13         IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

14  30-day extension of time to file a reply brief. This extension is requested due to Plaintiff's

15  attorney's workload demands and the number and complexity of the issues in this case.

16  Plaintiff's counsel just gave birth to a baby on March 19, 2011. The baby was recently

17  diagnosed with an upper respiratory infection and Plaintiff's counsel has to tend to the baby

18  around the clock.

19

20  The current due date for Plaintiff's Reply Brief is April 8, 2011. The new due date will be

21  May 9, 2011.  The scheduling order should be modified accordingly.

22  Dated: April 5, 2011                    /s/ Sengthiene Bosavanh

23                                          SENGTHIENE BOSAVANH, ESQ.
                                            Attorney for Plaintiff
24
    Dated: April 5, 2011                    BENJAMIN B. WAGNER
25                                          United States Attorney
                                            Regional Chief Counsel, Region IX
26                                          Social Security Administration

27
                                            By: /s/ Lynn M. Harada
28                                          (as authorized via e-mail)
                                            LYNN M. HARADA
                                            Special Assistant United States Attorney

1
2  APPROVED AND IT IS SO ORDERED.
3  Dated:   April 6, 2011                           /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28